UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                      :

Yanilza Gonzalez,                                  :

                              Plaintiff,   :

                                                  :          24-CV-901 (VSB)

                    -against-          :

                                                  :               **ORDER**

Greentree Home Candle, LLC,       :

                                Defendant.  :

-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on February 7, 2024, (Doc. 1), and filed an affidavit of service on March 20, 2024, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was April 10, 2024. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 29, 2024. If Plaintiff fails to do so or fails to otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     April 15, 2024
             New York, New York

                                                                           _____
                                                                           VERNON S. BRODERICK
                                                                           United States District Judge