UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                      :

YANILZA GONZALEZ,                           :
*on behalf of herself and all others similarly*
*situated*,                                             :

                                   Plaintiff,    :

                                  -against-          :

GREENTREE HOME CANDLE, LLC,  :

                                     Defendants.  :
-------------------------------------------------------X

24-CV-901 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated:  September 12, 2024
            New York, New York

                                                                       Vernon S. Broderick
                                                                       United States District Judge